UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America,      ) | |
| ) | |
| Plaintiff,      ) | Case No. 3:03CR30032-001-DRH |
| ) | |
| vs.      ) | |
| ) | |
| Javier Marrufo-Cabrales,      ) | |
| ) | |
| Defendant.      ) | |

## ORDER REMITTING FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the Defendant in the amount of $900.00, is hereby **REMITTED**.

DATED: January 5, 2006

/s/         David RHerndon
United States District Judge